# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2007

Clifford W. Taylor,
Chief Justice

131918

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

TERANGELUS RENDEZ JAMES,
            Defendant-Appellant.

SC: 131918
COA: 261723
Wayne CC: 04-008809-02

_____/

On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

Clerk

p0104